UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
N.V. LABS, INC., :
:
              Plaintiff, :
: 22 Civ. 4122 (JPC)
     -v- :
: ORDER
:
JOYSUDS, LLC, :
:
             Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case is related to *JoySuds, LLC v. N.V. Labs, Inc.*, No. 22 Civ. 3781 ("JoySuds Action"). As discussed at the Initial Pretrial Conference, the Court said that it would dismiss this case without prejudice if N.V. Labs, Inc. ("Reforma") "submit[ted] an Answer and Counterclaims in the JoySuds Action." JoySuds Action, Dkt. 22 (summarizing Initial Pretrial Conference discussion). Reforma has now answered and asserted counterclaim in the JoySuds Action. *Id.*, Dkt. 25. The Court therefore dismisses this case without prejudice. The Clerk of the Court is respectfully directed to close this case.

      SO ORDERED.

Dated: July 7, 2022                              _____
      New York, New York                     JOHN P. CRONAN
                                                       United States District Judge